DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-02-00024-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




JO E. WATSON AND

SHIRLEY R. CARTER,
§
 APPEAL FROM THE 294TH

APPELLANTS


V.
§
 JUDICIAL DISTRICT COURT OF


BOBBY D. ASSOCIATES, AN OHIO

GENERAL PARTNERSHIP, §
 VAN ZANDT COUNTY, TEXAS

APPELLEE






MEMORANDUM OPINION (1)


 Appellants have filed a motion to dismiss this appeal, which states that the parties have fully
compromised and settled all issues in dispute. Appellants request that this appeal be dismissed with
prejudice to the filing of subsequent appeals. Appellee has been given notice of the filing of this
motion. Because Appellants have met the requirements of Tex. R. App. P. 42.1(a)(2), the motion
is granted, and the appeal is dismissed with prejudice. 


Opinion delivered May 31, 2002.

Panel consisted of Worthen, J., and Griffith, J.









(DO NOT PUBLISH)
1. See Tex. R. App. P. 47.1.